UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIGUEL E. BERMUDEZ, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security Administration, <br><br> Defendant. | CASE NO. CV 09-08370 AGR <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: March 21, 2011

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE